Case 2:19-mj-03571-DUTY   Document 3   Filed 09/16/19   Page 1 of 4   Page ID #:81
Case 2:19-mj-03571-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 08/28/19   Page 1 of 12
Page ID #:29

AO 93  (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. **2:19-MJ-03571** |
| The person of Lamont Johnson Jr. | ) ) ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-1.*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B.*

Such affidavit(s) or testimony are incorporated herein by reference [and attached hereto].

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for_____days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     8/28/19 @3:40pm                          _____
                                                                                                *Judge's signature*

City and state:     Los Angeles, CA                               The Honorable Gail J. Standish, U.S. Magistrate Judge
                                                                                  *Printed name and title*

AUSA:     MiRi Song, x2262

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:19-mj-03571 | Date and time warrant executed:<br>9/4/19    11:23 Am | Copy of warrant and inventory left with:<br>Lamont Johnson Jr. |
| Inventory made in the presence of :<br><br>Lamont Johnson Jr. | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>1 - Apple iPhone X   IMEI: 353071102275876 | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 9/13/19<br><br>*Executing officer's signature*<br>Curtis Schneider - Special Agent<br>*Printed name and title* |

# OFFICE OF INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE

**SEARCH WARRANT INVENTORY FORM**

| SEARCH WARRANT INFORMATION: | | | | |
|---|---|---|---|---|
| Case Number: | 19INV01981 | | | |
| Item(s) Obtained By: | SA Curtis Schneider | | | |
| Search Warrant: | Yes☒   No☐ | Consent Search: | | Yes☐   No☐ |
| Personal Effects: | Yes☐   No☐ | Vehicle: | | Yes☐   No☐ |
| Search Incident to Arrest: | Yes☐   No☐ | Other (Specify):Click here to enter text. | | |

| COMPANY INFORMATION: | |
|---|---|
| Company Name: | Click here to enter text. |
| Individual Name: | Lamont Johnson Jr. |

| VEHICLE INFORMATION: | | | |
|---|---|---|---|
| Vehicle ID:Click here to enter text. | Year:Click here to enter text. | Make: Click here to enter text. | Model: Click here to enter text. |
| Color: Click here to enter text. | | Plate #: Click here to enter text. | |
| VIN: enter text here | | Date of Inventory: 9/4/2019 | |
| Special Agent: Curtis Schneider | | | |
| Search Location: Los Angeles Processing and Distribution Center 7001 S Central Blvd., Los Angeles, CA 90001 | | | |

| ITEM NUMBER: | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Apple iPhone X, IMEI: 353071102275876 |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |

| RESTRICTED INFORMATION INVENTORY FORM | This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interest of the U.S. Postal Service Office of Inspector General. This report must not be released or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution. |
|---|---|

# OFFICE OF INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE

**SEARCH WARRANT INVENTORY FORM**

| DISTRIBUTION OF COPIES: | | |
|---|---|---|
| Case File | Yes ☒ | No ☐ |
| Agent File | Yes ☒ | No ☐ |
| Subject | Yes ☒ | No ☐ |
| Magistrate | Yes ☒ | No ☐ |

| RESTRICTED INFORMATION INVENTORY FORM | This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interest of the U.S. Postal Service Office of Inspector General. This report must not be released or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution. |